[Cite as *State v. L.S.*, 2014-Ohio-3240.]

# Court of Appeals of Ohio

EIGHTH APPELLATE DISTRICT
COUNTY OF CUYAHOGA

JOURNAL ENTRY AND OPINION
**No. 100793**

## STATE OF OHIO

PLAINTIFF-APPELLEE

vs.

## L.S.

DEFENDANT-APPELLANT

**JUDGMENT:**
REVERSED AND REMANDED

Criminal Appeal from the
Cuyahoga County Court of Common Pleas
Case No. CR-13-572990-B

**BEFORE:** E.A. Gallagher, J., Boyle, A.J., and Rocco, J.

**RELEASED AND JOURNALIZED:** July 24, 2014

**ATTORNEY FOR APPELLANT**

Britta M. Barthol
P.O. Box 218
Northfield, Ohio 44067


**ATTORNEYS FOR APPELLEE**

Timothy J. McGinty
Cuyahoga County Prosecutor
BY: Mahmoud Awadallah
Assistant County Prosecutor
Justice Center, 9th Floor
1200 Ontario Street
Cleveland, Ohio   44113

EILEEN A. GALLAGHER, J.:

**{¶1}** Defendant-appellant L.S. appeals from her conviction in the Cuyahoga County Court of Common Pleas. For the following reasons, we reverse and remand.

**{¶2}** L.S. was charged in a multiple-count indictment for offenses that allegedly occurred between January 1, 2010 and January 31, 2010. At the time that these crimes took place L.S. was 16 or 17 years of age because her date of birth is January 6, 1993.

**{¶3}** L.S. entered a plea of guilty to one amended count and was sentenced to a ten-month term of incarceration subject to a possible three-year period of postrelease control.

**{¶4}** On appeal, L.S. raises three assignments of error, two of which are rendered moot by our disposition of the first assigned error.

**{¶5}** In her first assignment of error appellant asserts that her conviction and sentence must be vacated as the trial court did not have jurisdiction to convict her.

**{¶6}** The state concedes this error. The conceded error necessitates a reversal of L.S.'s conviction and sentence.

**{¶7}** The conviction and sentence are vacated and the case is remanded in order for the matter to be transferred to the juvenile court division for further proceedings.

It is ordered that appellant recover from appellee the costs herein taxed.

The court finds there were reasonable grounds for this appeal.

It is ordered that a special mandate issue out of this court directing the common pleas court to carry this judgment into execution.

A certified copy of this entry shall constitute the mandate pursuant to Rule 27 of the Rules of Appellate Procedure.

---

EILEEN A. GALLAGHER, JUDGE

MARY J. BOYLE, A.J., and
KENNETH A. ROCCO, J., CONCUR